UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAMELA MAHROUCH,

    Plaintiff,

v.                                 Case No: 8:18-cv-01144-VMC-JSS

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## JOINT STIPULATION STAYING AND REFERRING CASE TO ARBITRATION

    Plaintiff, Pamela Mahrouch (Plaintiff), and defendant Credit One Bank, N.A. (Credit One), through counsel and under the Federal Rules of Civil Procedure, stipulate plaintiff's claims against Credit One are subject to arbitration and this entire case should be stayed and referred to arbitration, and state:

    1.    On or about May 10, 2018, plaintiff filed this action to this Court.  (Dkt. 1.)

    2.    Plaintiff, through counsel, however, agree this case is subject to arbitration pursuant to the Visa/Mastercard Cardholder Agreement, Disclosure Statement and Arbitration Agreement ("Cardholder Agreement") entered into by plaintiff and Credit One.

    3.    The parties, therefore, stipulate to allow the Court to stay the case in its entirety and refer the entire matter to binding arbitration.

WHEREFORE, the parties respectfully request the Court stay the proceedings and refer this entire case to arbitration, and for such other relief as this Court deems proper.

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Dubbeld* | */s/ Michael P. Schuette* |
| Jon Dubbeld, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 105869 | Florida Bar No. 0106181 |
| Berkowitz & Myer | Dayle M. Van Hoose, Esq. |
| 4900 Central Ave. | Florida Bar No. 0016277 |
| St. Petersburg, FL 33707 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| Telephone: (727) 344-0123 | 3350 Buschwood Park Drive, Suite 195 |
| Jon@berkmyer.com | Tampa, FL 33618 |
| | Telephone:   (813) 890-2472 |
| *Attorney for Plaintiff* | Facsimile:   (866) 466-3140 |
| *Pamela Mahrouch* | mschuette@sessions.legal |
| | dvanhoose@sessions.legal |
| | |
| | *Attorneys for Defendant,* |
| | *Credit One Bank, N.A.* |